Dennis R. Kurz, Esq.
Kurz Law Group, LLC
1936 N. Druid Hills Rd NE, Suite 100B
Atlanta, GA 30319
Phone:  404-565-0546
Fax:  404-636-5418
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Robert Morgan, | : |
| Plaintiff, | : Civil Case No.: 1:13-cv-05533-RBK-AMD |
| vs. | : |
| GC Services, LP., | : |
| Defendant. | : |
| | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Robert Morgan, and Defendant, GC Services, LP., stipulate, and the Court hereby orders, as follows:

The claims asserted by Plaintiff, Robert Morgan, against Defendant, GC Services, LP, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Both sides to bear their own fees and cost.

2

DATED:  October 29, 2013		Kurz Law Group, LLC

					By:  /s/ Dennis R. Kurz

					Dennis R. Kurz
					1936 N. Druid Hills Rd, NE Suite 100B
					Atlanta GA 30319
					Attorney for Plaintiff,
					Robert Morgan


DATED:  October 29, 2013		Hinshaw & Culbertson LLP

					By:  s/ Elizabeth K. Devine

					Elizabeth K. Devine, Esq.
					800 Third Ave.
					13th Floor
					New York NY 10022
					Attorney for Defendant
					GC Services, LP

2