UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Robert Morgan, | : |
| Plaintiff, | : Civil Case No.: 1:13-cv-05533-RBK-AMD |
| vs. | : |
| GC Services, LP., | : |
| Defendant. | : |
| | : |

**[PROPOSED] ORDER OF STIPULATION TO DISMISS**

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 10-30-13

_____
The Honorable Judge Robert B. Kugler
United States District Judge